USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Helayne Seidman,

            Plaintiff,

v.

Veselka Essex LLC,

            Defendant.

Case No: 1:24-cv-04590-MMG

**<u>DEFAULT JUDGMENT</u>**

**WHEREAS,** this matter came before the Court on the motion of Plaintiff Helayne Seidman ("*Plaintiff*") for entry of a default judgment against the defendant Veselka Essex LLC ("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

**WHEREAS**, Plaintiff served a copy of the summons and complaint upon Defendant by personally delivering two (2) copies of same on June 26, 2024, to Nancy Dougherty, a clerk in the office of the Secretary of State of the State of New York, Defendant's registered agent; and

**WHEREAS,** Plaintiff filed her motion for entry of default judgment seeking $18,750.00 in statutory damages for copyright infringement, $2,627.50 in attorneys' fees, and $460.00 in costs plus interest, and offered declarations and computations in support thereof; and

**WHEREAS**, Plaintiff served via USPS First-Class mail a a copy of Plaintiff's Motion for Default Judgment and its supporting attachments on the Defendant on September 20, 2024; and

**WHEREAS,** Defendant has not appeared in this matter nor filed any opposition to Plaintiff's motion for default judgment; it is therefore now

**ORDERED ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); and it is further

**ORDERED** that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered works; and it is further

**ORDERED** that Defendant shall pay $18,750.00 in statutory damages under 17 U.S.C. § 504(c); and it is further

**ORDERED** that Defendant shall pay $2,627.50 in attorneys' fees and $460.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); and it is further

**ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store or display Plaintiff's Photographs as is set forth in the Complaint; and it is further

**ORDERED,** that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; and it is further

**ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is further

**ORDERED** that this case is closed, and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated:  10/15/2024                                                                        **SO ORDERED.**

Margaret M. Garnett
United States District Judge